IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DAVID ROBERTS, SR., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER IAN MALONE, OFFICER WAGNER FARRELL, AND OFFICER MASSEY SCOTT, <br><br> Defendants. | 2:23-CV-00542-CCW |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 13, 2025, the Magistrate Judge issued a Report, ECF No. 89, recommending that the Motion for Summary Judgment by Defendant Ian Malone, ECF No. 62, and the Motion for Summary Judgment by Defendants Massey Scott and Wagner Farrell, ECF No. 58, be granted. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Motions for Summary Judgment, ECF Nos. 58 and 62, are **GRANTED**, and the Magistrate Judge's Report and Recommendation, ECF No. 89, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 18th day of March, 2025.

BY THE COURT:

<u>/s/ Christy Criswell Wiegand</u>
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc by United States Mail:

Bryan David Roberts, Sr.
512 Main Street, Apt. 5
East Pittsburgh, PA 15112

Plaintiff Pro Se